<u>**CLOSING**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DAYS INNS WORLDWIDE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**SAA, INC. and MANSUKH PATEL,**<br><br>*Defendants.* | Civil Action No. 15-1789<br><br>ORDER |

**THIS MATTER** having come before the Court by way of Plaintiff Days Inns Worldwide, Inc.'s Motion for Default Judgment against Defendants SAA, Inc. and Mansukh Patel ("Defendants") [Dkt. No. 9];

and for the reasons stated in the accompanying opinion;

**IT IS** on this 24th day of February, 2016,

**ORDERED** that judgment in favor of Plaintiff Days Inns Worldwide, Inc. is hereby entered against Defendants for $109,078.84 in recurring fees and $148,266.44 in liquidated damages and prejudgment interest ($257,345.28 total); and it is further

**ORDERED** that this case is closed.

/s/ *Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**